UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

          Petitioner,

v.

ROBERT M. JACKSON,

          Respondent.

CASE NO. 2:23-CV-57-TL-DWC

REPORT AND RECOMMENDATION

Noting Date: February 17, 2023

    Petitioner John Robert Demos, Jr. has filed a proposed 28 U.S.C. § 2254 habeas petition. Dkt. 1. Mr. Demos' petition appears to assert that he was prosecuted for a felony under an information, not a gand jury indictment, with regard to a 1978 conviction making his conviction constitutionally infirm. *Id*. However, Mr. Demos did not submit with his materials the requisite filing fee for this action. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

REPORT AND RECOMMENDATION - 1

1    As Mr. Demos has not submitted a filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on February 17, 2023, as noted in the caption.

Dated this 30th day of January, 2023.

David W. Christel
United States Magistrate Judge