UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                          Petitioner,

    v.

ROBERT M. JACKSON,

                          Respondent.

No.  2:23-cv-00057-TL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, and receiving no objections to the Report and Recommendation, he Court does hereby find and ORDER:

(1)      The Court adopts the Report and Recommendation.

(2)      As Petitioner has submitted no filing fee, pursuant to the Court's Order of March 13, 1997, the Clerk is directed to administratively close this matter.

(3)      A certificate of appealability is denied in this case.

(4)      The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 22nd day of  February 2023.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1